UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-6920 AHM (PLAx) | Date | January 4, 2010 |
|---|---|---|---|
| Title | JENNIE JIHEE HAN, *et al*. v. AMERICAN'S SERVICING CO., *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court notifies the parties that the Court has been informed that David Soon Y. Lee has withdrawn from the State Bar.

The Court further notifies Plaintiffs that there is a hearing in their case at 10:00 a.m. on Monday, January 11, 2010, and that they are ORDERED to appear.

Defendants are ORDERED to immediately serve this notice on Plaintiffs at their last known addresses.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |