UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6920 AHM (PLAx) | Date | January 11, 2010 |
|---|---|---|---|
| Title | JENNIE JIHEE HAN, *et al.* v. AMERICA'S SERVICING CO., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On September 23, 2009, Plaintiffs Jennie Jihee Han and Kwang D. Han (collectively, "Plaintiffs") filed this action against Defendants Wells Fargo Bank, N.A., d/b/a America's Servicing Co. (erroneously sued as America's Servicing Co.) ("Wells Fargo"), National City, and Cal-Western Reconveyance Co. Plaintiffs' claims arise out of a mortgage loan transaction with WMC Mortgage Corp. for an adjustable rate mortgage that closed on August 24, 2005. *See* FAC ¶¶ 4-12; Defendant Wells Fargo's Request for Judicial Notice in Support of their Motion to Dismiss, Exh. 4 (copy of Deed of Trust securing loan).

On December 7, 2009, Wells Fargo filed a Motion to Dismiss the Complaint for failure to state a claim. Plaintiffs have failed to oppose the motion to dismiss.[1] "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7–12. In addition, the motion appears meritorious on its face. Plaintiffs' first and second claims—for fraudulent misrepresentation and fraudulent inducement—fail to meet the heightened pleading standard of Rule 9(b). Plaintiffs' third claim for "Predatory Lending Practices" is too conjectural, conclusory and otherwise devoid of the necessary factual allegations to

---

[1] It has come to the Court's attention that Plaintiffs' attorney of record has resigned his membership in the California Bar Association. On January 4, 2010 the Court notified Plaintiffs of this hearing, and ORDERED Defendants to serve Plaintiffs with notice of the hearing at their last known address. Defendant Wells Fargo complied with the Court's Order on January 5, 2010.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6920 AHM (PLAx) | Date | January 11, 2010 |
|---|---|---|---|
| Title | JENNIE JIHEE HAN, *et al.* v. AMERICA'S SERVICING CO., *et al.* | | |

withstand a 12(b)(6) motion to dismiss. Moreover, Plaintiffs' claims for violations of the Truth in Lending Act and the Home Ownership and Equity Protection Act appear barred by the applicable statute of limitations. *See* 15 U.S.C. § 1635(f) and 1640(e). Plaintiffs' fourth claim for quiet title fails because it is dependent upon Plaintiffs' right to rescind the loan. *See Leeper v. Beltrami*, 53 Cal. 2d 195, 216 (1959) ("Plaintiff must show a right to rescind before he can be granted the right to quiet his title."). Plaintiffs have not alleged facts in support of such a right. Plaintiffs' fifth and sixth claims— for declaratory and injunctive relief—fail because they depend upon the underlying violations of law alleged elsewhere in the Complaint, which the Court has herein dismissed.

For the foregoing reasons, the Court GRANTS Wells Fargo's Motion to Dismiss, without leave to amend.[2]

Plaintiffs are ORDERED TO SHOW CAUSE by not later than January 22, 2010 why this case should not be dismissed for lack of prosecution. Failure to do so will be construed as consent to dismissal of the action in its entirety.

This Order is not intended for publication or for inclusion in the databases of Westlaw or LEXIS.

|   | : |   |
|---|---|---|
| Initials of Preparer | SMO | |

CC: Jennie Jihee Han and Kwang D. Han

---

[2] Docket No.7.