# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV09-06920-AHM (PLAx) | Date | January 11, 2010 |
|---|---|---|---|
| Title | JENNIE JIHEE HAN, et al. v. AMERICAN'S SERVICING CO., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:　　Attorneys Present for Defendants:

No Appearance　　　　　　　　　　Ryan K. Woodson

**Proceedings:**　　MOTION to Dismiss Case (Complaint) filed by Defendant Wells Fargo Bank, N.A. dba America's Servicing Company [7] (non-evidentiary)

Cause called; appearances made. No appearance by plaintiff nor her attorney.

Court circulates tentative order and questions counsel regarding the status of the other remaining defendants. For reasons stated on the record, the Court grants defendant's motion to dismiss and will issue an ORDERED TO SHOW CAUSE to plaintiff why this case should not be dismissed for lack of prosecution. Order to issue.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 　02
　　　　　　　　　　　　　　　　Initials of Preparer　　　SMO