O

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-6920 AHM (PLAx) | Date | January 25, 2010 |
|---|---|---|---|
| Title | JENNIE JIHEE HAN, *et al.* v. AMERICA'S SERVICING CO., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:


**Proceedings:**          IN CHAMBERS (No Proceedings Held)


On September 23, 2009, Plaintiffs Jennie Jihee Han and Kwang D. Han (collectively, "Plaintiffs") filed this action against Defendants Wells Fargo Bank, N.A., d/b/a America's Servicing Co. (erroneously sued as America's Servicing Co.) ("Wells Fargo"), National City, and Cal-Western Reconveyance Co.  On December 7, 2009, Wells Fargo moved to dismiss the Complaint.

On January 5, 2010, pursuant to this Court's order, Wells Fargo sent notice to Plaintiffs at their last known address that their attorney had resigned from the bar.  (*See* Docket No. 13.)  Additionally, the Court notified Plaintiffs of the January 11, 2010 hearing on Wells Fargo's Motion to Dismiss, and ordered Plaintiffs to appear. (*See* Docket No 11.)

Plaintiffs failed to oppose the motion and to appear at the hearing.  On January 11, 2010 the Court granted Wells Fargo's Motion to Dismiss with leave to amend.  The Court ordered Plaintiffs to file any amended complaint by not later than January 22, 2010, and stated that "[f]ailure to do so will be construed as consent to dismissal of the action in its entirety."

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6920 AHM (PLAx) | Date | January 25, 2010 |
|---|---|---|---|
| Title | JENNIE JIHEE HAN, *et al.* v. AMERICA'S SERVICING CO., *et al.* | | |

Plaintiffs have not filed an amended complaint or taken any further action in this case. Accordingly, pursuant to the Court's Order dated January 11, 2010, the Court DISMISSES this action in its entirety.

This Order is not intended for publication or for inclusion in the databases of Westlaw or LEXIS.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

**JS-6**

CC:   Jennie Jihee Han and Kwang D. Han
        ADDRESS REDACTED